THE CITY OF SCANDIA V. J. M. SIGSBEE.

RECORD ON APPEAL — *Dismissal.* Where the only record on appeal is an unauthenticated original bill of exceptions, the appeal will be dismissed. ( *The State v. Hastie,* 44 Kas. 427, followed.)

*Error from Republic District Court.*

THE opinion states the case.

*D. M. Thorp,* for plaintiff in error.

*J. P. Heaton,* for defendant in error.

*Per Curiam:* This case cannot be considered, for the reason that nothing has been brought here but the original bill of exceptions, and it has no attestation of the clerk. Upon the authority of *The State v. Hastie,* 44 Kas. 427, and the cases there cited, the appeal is dismissed.